LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
KATHRYN J. FRITZ (CSB NO. 148200)
kfritz@fenwick.com
BRIAN W. CARVER (CSB NO. 244878)
bcarver@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Plaintiff
CORBIS CORPORATION



JUDGE CROTTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

07 CV 11391

CORBIS CORPORATION, a Nevada corporation,

Plaintiff,

v.

COMMVERGE MARKETING LLC, a Connecticut corporation,

Defendant.

Case No.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT AND VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT**

**DEMAND FOR JURY TRIAL**

Plaintiff Corbis Corporation ("Corbis"), through its attorneys, alleges as its complaint against Defendant commVerge Marketing LLC ("commVerge") as follows:

## INTRODUCTION

1.     Corbis is a leading visual-solutions provider, licensing images that enable publishers, advertising and design agencies, filmmakers, and other creative professionals to tell their stories with impact extending beyond words.  Recently, at least five images from the Corbis collections were misappropriated, and used in at least seven instances, without license or permission, or exceeding any license or permission—contrary to the rights of Corbis and of the photographers that Corbis represents.  Such images were reproduced, displayed, distributed, and otherwise misused—in pursuit of profit—on Defendant's website without payment of

PLAINTIFF CORBIS' COMPLAINT FOR
COPYRIGHT INFRINGEMENT AND
VIOLATION OF THE DMCA

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   compensation to Corbis for their use.  Because Defendant commVerge has failed satisfactorily to

2   respond to Corbis' good-faith demand, attempts to informally resolve this dispute have proven

3   futile, and Corbis files this action for copyright infringement under 17 U.S.C. § 501, *et seq.*

4   **JURISDICTION AND VENUE**

5       2.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

6   §§ 1331 (federal question) and 1338 (copyright), as this action involves claims brought under

7   federal law and the United States Copyright Act, 17 U.S.C. §§ 101, *et seq.*

8       3.    This Court has personal jurisdiction over Defendant under the valid and binding

9   forum selection clause in Corbis' Site Usage Agreement and the Corbis Content License

10  Agreement, under which Defendant and/or its agent(s) agreed to accept the exclusive jurisdiction

11  of this Court as quoted below.  Additionally, Defendant displays its interactive webpage

12  throughout this district through the web address www.cverge.com and, on information and belief

13  it does business in the State of New York and in this District, and advertises and sells its products

14  and services in this District.

15      4.    Venue is proper in this District pursuant to 28 U.S.C. § 1400(a) under the valid

16  and binding forum selection clause in Corbis' Site Usage Agreement and the Corbis Content

17  License Agreement, under which Defendant and/or its agent(s) agreed to accept the exclusive

18  jurisdiction of this Court as quoted below.  Additionally, on information and belief, Defendant is

19  doing continuous business in this District, Defendant or its agent may be found in this District,

20  and a substantial part of the events giving rise to the claims described herein, including acts of

21  infringement, occurred in this District.

22  **PARTIES**

23      5.    Corbis is a Nevada corporation with a principal place of business at 902

24  Broadway, New York, New York.

25      6.    Upon information and belief, commVerge is a Connecticut corporation with a

26  principal place of business at 167 Cherry St., Suite 406, Milford, Connecticut.

27  **BACKGROUND**

28      7.    Corbis is in the business of licensing photographs and fine art images on behalf of

PLAINTIFF CORBIS' COMPLAINT FOR
COPYRIGHT INFRINGEMENT AND     2
VIOLATION OF THE DMCA

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  itself and the photographers and other licensors it represents. Corbis offers a preeminent

2  collection of more than 100 million creative, entertainment and historic images and serves more

3  than 50 countries worldwide. Generally, the images in Corbis' collections were taken by

4  professional photographers who earn most or all of their livelihoods from the licensing fees

5  Corbis is able to obtain for their images. Corbis' collections highlight well-known photographers

6  and some of the most recognized images in contemporary society, including cutting-edge

7  contemporary creative imagery, and images from cultural institutions, museums and

8  photojournalists. Its customers include thousands of leading print, interactive and broadcast

9  advertising agencies, direct marketing agencies, corporations, small and medium sized

10  businesses, publishers and media companies.

11         8.      The images in Corbis' collection are the subject of copyright protection under the

12  laws of the United States. Corbis has protected the images in its collection and subject of this

13  action by systematically registering the copyrights thereto.

14         9.      Corbis owns and operates a website located at the Internet address

15  www.corbis.com ("Corbis Website"). At the Corbis Website, users are able to search hundreds of

16  thousands of images from Corbis' collection and then pay to license the images for specific uses.

17         10.     Access to the Corbis Website is governed by Corbis' Site Usage Agreement

18  available to all visitors on the Corbis Website. The Site Usage Agreement states in relevant part,

19  "[a]ny dispute regarding this Agreement shall be governed by the laws of the State of New York

20  and applicable U.S. Federal law, including Title 17 of the U.S. Code, as amended. The parties

21  agree to accept the exclusive jurisdiction of the state and federal courts located in New York,

22  USA."

23         11.     Use of Corbis' images is governed by the Corbis Content Licensing Agreement

24  available to all visitors on the Corbis Website site. Paragraph 21 of the Corbis Content License

25  Agreement expressly provides that "Any dispute regarding this Agreement shall be governed by

26  the laws of the State of New York, and by Titles 15, 17 and 35 of the U.S.C., as amended, and the

27  parties agree to accept the exclusive jurisdiction of the state and federal courts located in New

28  York, New York, regardless of conflicts of laws."

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

12.     Upon information and belief, commVerge owns, operates, and maintains a website located at www.cverge.com ("commVerge Website"). The commVerge Website, which is interactive and transmitted nationwide via the Internet, advertises, sells, and otherwise offers commVerge' products and services.

13.     Upon information and belief, in or around November 2005 and on various other occasions, Defendant or its agents copied and/or uploaded the Corbis images onto the commVerge Website, without authorization, and without paying for the required commercial license fees.

14.     Defendant reproduced, displayed and distributed to the public the same Corbis images on the commVerge Website as part of that site's marketing and advertising material in an effort to attract business from those visiting the site.

15.     Attached as Exhibit A is a representative, non-exhaustive sample of true and correct copies of presently known Corbis images registered with the Copyright Office ("Corbis Images"), with screen shots taken from the commVerge Website depicting some of Defendant's unauthorized uses of the Corbis Images.

16.     In or around May 8, 2007, Corbis provided written notice advising commVerge of its unauthorized use of the Corbis Images.

17.     In response to such notice, commVerge failed to produce any evidence of valid licenses for the unauthorized uses on the commVerge Website.  Subsequent commnications further failed to resolve the matter or demonstrate any authorization for comm Verge's use.

18.     Attached as Exhibit B is a chart identifying the United States Copyright Office registration certificate numbers and registration dates for the Corbis Images displayed in Exhibit A, evidencing that Corbis owns or controls the registered copyrights to these images that were copied and displayed on the commVerge Website.

### FIRST CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT
### [17 U.S.C. § 501]

19.     Corbis repeats and realleges the allegations of paragraphs 1 through 18 as if fully

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    set forth herein.

2        20.    Corbis holds valid copyright registrations to the Corbis Images that are the subject

3    of this action and that are evidenced by the copyright registration certificates referenced by

4    Exhibit B.

5        21.    Defendant reproduced, distributed, displayed, and created derivative works of

6    those Corbis Images for commercial purposes without Corbis' authorization.

7        22.    The actions and conduct of Defendant as described above, directly, contributorily,

8    and/or vicariously infringe the exclusive rights of Corbis granted by Section 106 of the Copyright

9    Act, 17 U.S.C. § 106, to display, reproduce, distribute and create derivative works based on

10   Corbis' registered copyrighted works.

11       23.    Such actions and conduct by Defendant constitute copyright infringement under

12   Section 501 of the Copyright Act, 17 U.S.C. § 501.

13       24.    As a result of the copyright infringement described above, Corbis is entitled to

14   relief against Defendant including, but not limited to, injunctive relief, actual damages and

15   disgorgement of Defendant's profits, or statutory damages, statutory costs and attorneys' fees,

16   and prejudgment interest.

17   **SECOND CLAIM FOR RELIEF**
18   **REMOVAL OR ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION**<br>**[17 U.S.C. § 1202]**

19       25.    Corbis repeats and realleges the allegations of Paragraphs 1 through 24 as if fully

20   set forth herein.

21       26.    All of the Corbis Images that are the subject of this lawsuit were displayed on the

22   Corbis Website with corresponding copyright management information ("CMI") indicating

23   Corbis' control of rights in such images.

24       27.    Upon information and belief, when Defendant or its agents duplicated and

25   displayed the subject images on the commVerge Website, it intentionally removed the CMI from

26   each of the original Corbis Images used by Defendant.

27       28.    Upon information and belief, when Defendant distributed and publicly displayed

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

the Corbis Images and copies thereof on the commVerge Website, it knew that CMI had been removed or altered without authority of Corbis, the entity that controlled the copyrights.

29. Upon information and belief, Defendant knew or had reasonable grounds to know that its conduct specified in the prior two paragraphs would induce, enable, facilitate or conceal Defendant's infringement of copyrights, as described above.

30. Defendant's conduct therefore constitutes a violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202(b).

31. As a result of the conduct described above, Corbis is entitled to relief against Defendant, including, without limitation, injunctive relief, actual damages or statutory damages in the amount of up to $25,000 per violation, statutory costs and attorneys' fees, and prejudgment interest.

## **RELIEF REQUESTED**

WHEREFORE, Corbis prays for relief as follows:

1. For orders enjoining Defendant from infringing Corbis' copyrighted images pursuant to Section 502 of the Copyright Act, 17 U.S.C. § 502, and enjoining Defendant from displaying Corbis' copyrighted images pursuant to the DMCA, 17 U.S.C. § 1203(b);

2. For an award of Defendant's profits and for damages in such amount as may be found, or for statutory damages of (a) not less than $750 or more than $30,000 per image pursuant to 17 U.S.C. § 504(c)(1) or, upon a finding of willful infringement pursuant to 17 U.S.C. § 504(c)(2), up to $150,000 per image, and (b) not less than $2,500 or more than $25,000 per image pursuant to 17 U.S.C. § 1203(c)(3)(B);

3. For an award of costs, pursuant to 17 U.S.C., Sections 505 and 1203(b)(4);

4. For an award of reasonable attorneys' fees, pursuant to 17 U.S.C., Sections 505 and 1203(b)(5);

5. For an award of prejudgment interest on the amount of any award to Plaintiff; and

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

6.    For such other and further relief as the Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff Corbis hereby requests a trial by jury of all issues so triable.

Dated:    December 5, 2007                    FENWICK & WEST LLP

By: _Kathryn J. Fritz (KF 3990)_

Attorneys for Plaintiff
CORBIS CORPORATION

23819/00401/LIT/1277020.3

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

PLAINTIFF CORBIS' COMPLAINT FOR
COPYRIGHT INFRINGEMENT AND            7
VIOLATION OF THE DMCA

EXHIBIT A



| IMAGE URL | http://www.cverge.com/images/header.jpg |
|---|---|
| PAGE URL | http://www.cverge.com/ |

EXHIBIT A



| IMAGE URL | http://www.cverge.com/images/header.jpg |
|-----------|------------------------------------------|
| PAGE URL  | http://www.cverge.com/aboutus.html       |

EXHIBIT A



**42-15207547  |  © Larry Williams/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.cverge.com/images/header.jpg |
|---|---|
| **PAGE URL** | http://www.cverge.com/contactus.html |

EXHIBIT A



| IMAGE URL | http://www.cverge.com/images/left_image_online.jpg |
|-----------|-----------------------------------------------------|
| PAGE URL  | http://www.cverge.com/ |

EXHIBIT A



42-15299747  |  © Annie Engel/zefa/Corbis  |  RM (Premium)

| IMAGE URL | http://www.cverge.com/images/image_internet2.jpg |
|-----------|--------------------------------------------------|
| PAGE URL | http://www.cverge.com/internet_marketing.html#APPARAOnlineVisibility |

EXHIBIT A



EXHIBIT A



**CRBR232440 | © Helen King/CORBIS | RM**

| | |
|---|---|
| **IMAGE URL** | |
| **PAGE URL** | http://www.cverge.com/marketing_services.html |

**EXHIBIT B**

| IMAGE ID | © CERTIFICATE |
|----------|---------------|
| 42-15207547 | VA 1-314-144 |
| 42-15252339 | VA 1-314-174 |
| 42-15299747 | VA 1-314-174 |
| AX050502 | VA 1-217-389 |
| CRBR232440 | VA 1-325-075 |