UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE CROTTY

| | |
|---|---|
| CORBIS CORPORATION  Plaintiff, | 07 CV 11391 |
| -v- | Rule 7.1 Statement |
| COMMVERGE MARKETING LLC  Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CORBIS CORPORATION  (a private non-governmental party)

certifies that Corbis Corporation has no corporate parents, affiliates and/or subsidiaries, which are publicly held.

RECEIVED
DEC 19 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Date: December 18, 2007

Signature of Attorney

Attorney Bar Code: KF 3995