AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

CORBIS CORPORATION, a Nevada corporation

V.

COMMVERGE MARKETING, LLC, a Connecticut corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CV 11391

TO: (Name and address of Defendant)

commVerge Marketing LLC
167 Cherry Street, Suite 406
Milford, Connecticut 06460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn J. Fritz (CSB NO. 148200)
Fenwick & West, LLP
555 California Street, 12th Floor
San Francisco, California 94104
Phone: (415) 875-2300
Fax: (415) 281-1350

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    DEC 1 9 2007

CLERK _____        DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

U.S. District Court

Southern District of New York

ss:    Stratford, December 28, 2007

Then and there by virtue hereof, I served the within named defendant, **CommVerge Marketing LLC**, by leaving at the usual place of abode of *Lawrence B. Pellegrino, its Registered Agent, who is duly authorized to accept service, 324 Ashwood Terrace, Stratford, CT., as I verified the correct address with AT&T, DMV and Connecticut Secretary of State,* a true and attested of the original Summons, Complaint for Copyright Infringement & Violation of Digital Millennium Copyright Art, Exhibits A & B, Rule 7.1 Statement, Individual Practices of Judge Paul A. Crotty, U.S.D.J., Civil Case Management Plan & Scheduling Order, Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction, Consent to Proceed before U.S. Magistrate Judge, Critical Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, Procedures for Electronic Case Filing & Consent to Proceed before U.S. Magistrate Judge with my endorsement thereon.

ATTEST:

ROBERT S. MILLER
STATE MARSHAL
NEW HAVEN COUNTY

FEES:
| | |
|---|---|
| Service Fee | $ 30.00 |
| Copies | 59.00 |
| Endorsements | .80 |
| Travel | 25.00 |
| | $114.80 |