UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CORBIS CORPORATION, a Nevada Corporation,

                                                         No. 07-11391

                    Plaintiff,            Assigned Dist. J. Crotty

        -against-                       **NOTICE OF**
                                                       **APPEARANCE**

COMMVERGE MARKETING LLC., a
Connecticut Corporation,

                    Defendant
---------------------------------------------------------------X

**S I R S:**

PLEASE TAKE NOTICE, that the Law Offices of **PENINO & MOYNIHAN, LLP.**, do hereby appear in the above captioned action for defendant **COMMVERGE MARKETING LLC.,**

                                                          Yours, etc.,

                                                          **PENINO & MOYNIHAN, LLP**

                                                          **BY:/s/**_____
                                                          **PATRICK C. CARROLL (PCC-1971)**
                                                           Attorneys for Defendant
                                                           **COMMVERGE MARKETING LLC.,**
                                                          180 East Post Road, Suite 300
                                                          White Plains, New York 10601
                                                          (914) 949-6996

To:    Fenwick & West LLP.
         Attorneys for Plaintiff
         555 California Street, 12th Floor
         San Francisco, CA 94104