UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CORBIS CORPORATION, a Nevada Corporation,

                                                         No. 07-11391

                    Plaintiff,          Assigned Dist. J. Crotty

       -against-                   **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

COMMVERGE MARKETING LLC., a
Connecticut Corporation,

                    Defendant
------------------------------------------------------------X

      Defendant**, COMMVERGE MARKETING, LLC.,** by and through its attorneys, **PENINO & MOYNIHAN, LLP** as and for its RULE 7.1(a) STATEMENT AND DISCLOSURE states:

      1.    That defendant has no parent, subsidiary or affiliated corporation within the meaning of FRCP 7.1 and Local Rule 51 et. seq.

                                         **Yours, etc.,**

                                         **PENINO & MOYNIHAN, LLP**

                                         **BY:/s/**_____
                                         **PATRICK C. CARROLL (PCC-1971)**
                                         Attorneys for Defendant
                                         **COMMVERGE MARKETING LLC.,**
                                         180 East Post Road, Suite 300
                                         White Plains, New York 10601
                                         (914) 949-6996