**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 5 2008

February 4, 2008

KATHRYN J. FRITZ

EMAIL KFRITZ@FENWICK.COM
DIRECT DIAL (415) 875-2328

**BY ELECTRONIC MAIL**

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20-C
New York, NY 10007

**MEMO ENDORSED**

Re: *Corbis Corporation v. commVerge Marketing LLC* - 07 Civ. 11391 (PAC) – Plaintiff's Request to Appear by Telephone at February 7, 2008 IPTC Hearing

Dear Judge Crotty:

This firm represents Plaintiff, Corbis Corporation, in the above-referenced action. Your Honor's January 29, 2008 Order set an Initial Pre-Trial Conference hearing for Thursday, February 7, 2008, at 2:30 p.m. in Courtroom 20-C at the United States Courthouse, 500 Pearl Street, New York, New York.

Plaintiff's counsel is located in San Francisco, California, and therefore requests permission to appear by telephone at the February 7, 2008 conference. An email inquiry last week to Courtroom Deputy, Marlon Ovalles, suggested that this would be possible and that we should submit this request in writing to your Honor.

Sincerely,

FENWICK & WEST LLP

Kathryn J. Fritz (KF 3995)

cc: Patrick Carroll (*via email* conpen.pcarroll@gmail.com)

SO ORDERED: FEB 0 5 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE