

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Corbis Corporation,

       Plaintiff,

  -against-

Commverge Marketing L.L.C.,

       Defendant,
------------------------------------------------------------X

07 Civ. 11391 (PAC)(DCF)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement: ~~30 days~~ 45 days

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

\_\_\_\_ Inquest After Default/Damages Hearing

=====================================================

* Do not check if already referred for general pretrial

SO ORDERED

_/s/ Paul A. Crotty_
Paul A. Crotty
United States District Judge

DATED: New York, New York
February 7, 2008