UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X

CORBIS CORPORATION, a Nevada corporation

     Plaintiff,

-against-

COMMVERGE MARKETING LLC, a Connecticut corporation,

     Defendants.

------------------------------------------------ X

Case No. 1:07-CV-11391-PAC

**MOTION TO ADMIT COUNSEL**

*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kathryn J. Fritz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Brian W. Carver |
| Firm Name: | FENWICK & WEST LLP |
| Address: | 555 California Street, 12th Floor |
| City/State/Zip: | San Francisco, California 94104 |
| Telephone: | (415) 875-2300 |
| Fax Number: | (415) 281-1350 |

Brian W. Carver is a member in good standing of the Bar of the State of California. There is no pending disciplinary proceeding against Brian W. Carver in any State or Federal Court.

///

///

///

Dated: January 30, 2008

FENWICK & WEST LLP

By: _____
Kathryn J. Fritz

Kathryn J. Fritz (KF 3995)
Laurence F. Pulgram (CSB NO. 115163)
Brian W. Carver (CSB NO. 244878)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
CORBIS CORPORATION

23819/00414/SF/5221260.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation | Case No. 1:07-CV-11391-PAC |
| Plaintiff, | **DECLARATION OF KATHRYN J. FRITZ IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| -against- | |
| COMMVERGE MARKETING LLC, a Connecticut corporation, | |
| Defendants. | |

Kathryn J. Fritz, hereby declares and says as follows:

1. I am a Partner at Fenwick & West LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Brian W. Carver as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York in December, 1986. I am also admitted to the bar of the United States District Court for the Southern District of New York, and a member in good standing with this Court.

3. I have known Brian W. Carver since May 2005.

4. Mr. Carver is an Associate at Fenwick & West LLP, in San Francisco, California.

5. I have found Mr. Carver to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Brian W. Carver, *pro hac*

*vice.*

7. I respectfully submit a proposed order granting the admission of Brian W. Carver, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Brian W. Carver, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed at San Francisco, California on January 30, 2008.

Dated: January 30, 2008

Respectfully Submitted,

By: /s/ Kathryn J. Fritz

Kathryn J. Fritz (KF 3995)
Laurence F. Pulgram (CSB NO. 115163)
Brian W. Carver (CSB NO. 244878)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
CORBIS CORPORATION

23819/00414/SF/5221262.1

2

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
CORBIS CORPORATION, a Nevada : Case No. 1:07-CV-11391-PAC
corporation
: **ORDER FOR ADMISSION**
Plaintiff, ***PRO HAC VICE* ON WRITTEN**
: **MOTION**

-against- :

COMMVERGE MARKETING LLC, a :
Connecticut corporation,
:
Defendants. X
------------------------------------------------

ORIGINAL

Upon the Motion of Kathryn J. Fritz, attorney for Plaintiff Corbis Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that
Applicant's Name:   Brian W. Carver
Firm Name:          FENWICK & WEST LLP
Address:            555 California Street, 12th Floor
City/State/Zip:     San Francisco, California  94104
Telephone:          (415) 875-2300
Fax Number:         (415) 281-1350

is admitted to practice *pro hac vice* as counsel for Plaintiff Corbis Corporation in the above-captioned cased in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.
Dated: _____
City, State: _____

_____
United States District Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT # _____

1

# THE STATE BAR OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 1, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRIAN WESLEY CARVER, #244878 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X
CORBIS CORPORATION, a Nevada         :    Case No. 1:07-CV-11391-PAC
corporation
                                      :    **CERTIFICATE OF SERVICE**
            Plaintiff,
                                      :
    -against-
                                      :
COMMVERGE MARKETING LLC, a
Connecticut corporation,              :

            Defendants.               X
-------------------------------------------------- 

1

# CERTIFICATE OF SERVICE

I, Rosie Lopez, declare:

I am employed in the County of San Francisco, State of California, at the following business address: Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. I am over the age of 18 and not a party to this action. On the date set forth below, the following documents were served:

- **Motion to Admit Counsel *Pro Hac Vice* for Laurence Pulgram**
- **Motion to Admit Counsel *Pro Hac Vice* for Brian Carver**
- **Decl. of Kathryn J. Fritz in Support of Motion to Admit Counsel for Laurence Pulgram**
- **Decl. of Kathryn J. Fritz in Support of Motion to Admit Counsel for Brian Carver**
- **Order for Admission for Laurence Pulgram**
- **Order for Admission for Brian Carver**

on the parties in the subject action by placing true copies thereof for delivery as indicated below, addressed as follows:

PATRICK C. CARROLL
PENINO & MOYNIHAN, LLP
180 East Post Road, Suite 300
White Plains, New York  10601
Tel: (914) 949-6996
Email: conpen.pcarroll@gmail.com


( )   **UNITED STATES MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

( )   **BY PERSONAL SERVICE:** by causing such documents to be personally delivered to the above-listed addressee(s) at the address(es) set forth above.

(X)   **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

Dated: February 5, 2008

_____
Rosie Lopez

23819/00414/SF/5221748.1

2