```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 3 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

----------------------------------------- X

CORBIS CORPORATION, a Nevada  :  Case No. 1:07-CV-11391-PAC
corporation
                              :  **ORDER FOR ADMISSION**
         Plaintiff,              ***PRO HAC VICE*** **ON WRITTEN**
                              :  **MOTION**
         -against-
                              :
COMMVERGE MARKETING LLC, a
Connecticut corporation,      :

         Defendants.          :
                              X
----------------------------------------- 

Upon the Motion of Kathryn J. Fritz, attorney for Plaintiff Corbis Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Brian W. Carver |
| Firm Name: | FENWICK & WEST LLP |
| Address: | 555 California Street, 12th Floor |
| City/State/Zip: | San Francisco, California 94104 |
| Telephone: | (415) 875-2300 |
| Fax Number: | (415) 281-1350 |

is admitted to practice *pro hac vice* as counsel for Plaintiff Corbis Corporation in the above-captioned cased in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: February 13, 2008
City, State: New York, NY

_____
United States District Judge

FOR OFFICE USE ONLY:  FEE PAID $ _____  SDNY RECEIPT # _____