```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Corbis Corporation,

               Plaintiff,

  -against-

Commverge Marketing L.L.C.

               Defendant.
------------------------------------------------------------X

07 Civ. 11391 (PAC)

ORDER OF DISCOTINUANCE

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Settlement upon receipt from either party. In light of the settlement, the April 28, 2008 Pretrial Conference is cancelled. The Clerk of Court is directed to close this case.

Dated: New York, New York
       April 28, 2008

SO ORDERED

*[signature]*
PAUL A. CROTTY
United States District Judge

1